OCTOBER 27, 1980

No. 80–5055. KENNEDY v. FAIRMAN, WARDEN. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53. ▮▮

NOVEMBER 3, 1980

No. 79–6743. ALLISON v. FULTON-DE KALB HOSPITAL AUTHORITY. Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

JUSTICE BRENNAN, with whom JUSTICE MARSHALL joins, dissenting.

The issue on this appeal is whether the Georgia Supreme Court's reliance upon a newly announced state procedural rule requiring litigants to raise federal constitutional claims earlier than other claims constituted reliance upon an independent and adequate state ground barring this Court's jurisdiction.

Appellee Fulton-De Kalb Hospital Authority filed a complaint on February 5, 1975, against appellant Allison for hospital expenses incurred by his 16-year-old daughter when she gave birth to an illegitimate child. There was no contract between Allison and the hospital. Instead, the suit was brought under a now repealed Georgia paternal child-support statute making it the duty of the father to provide for the "maintenance, protection, and education of his child" until majority. Ga. Code § 74–105 (1978).[1]

---

[1] The new Georgia statute, enacted soon after this Court's decision in *Orr* v. *Orr*, 440 U. S. 268 (1979), states:

"Until majority, it is the joint and several duty of each parent to provide for the maintenance, protection, and education of the child, except to